AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

**Mar 06, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| PAULINE S. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:25-cv-00322-EFS |
| FRANK BISIGNANO, Commissioner of Social Security | ) |
| | ) |
| *Defendant* | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). JUDGMENT in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date:  3/6/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*